IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANNELISE M. CLARK and ROBERT J. CLARK, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case Number CIV-10-29-C |
| PENN SQUARE MALL LIMITED PARTNERSHIP; USC PENN SQUARE, INC.; SIMON MANAGEMENT ASSOCIATES, LLC; SIMON PROPERTY GROUP, INC., and IPC INTERNATIONAL CORPORATION, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**O R D E R**

Defendant IPC International Corporation's Motion to Clarify (Dkt. No. 51) is denied.

The Court meant what it said.

IT IS SO ORDERED this 17th day of March, 2011.

ROBIN J. CAUTHRON
United States District Judge